UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**DEBRA ANN ELLIOTT,**
    Plaintiff,

v.                                       Case No: 2:12-cv-272-FtM-38DNF

**COMMISSIONER OF SOCIAL SECURITY,**
    Defendant.
_____/

## OPINION AND ORDER[1]

This matter is before the Court on consideration of Magistrate Judge Douglas N. Frazier's Report and Recommendation (Doc. # 21), filed on August 19, 2013, recommending that the Commissioner's decision to deny social security disability benefits be affirmed in part and reversed and remanded in part. No objections have been filed and the time to do so has expired. For the reasons set forth below, the Court accepts the Report and Recommendation and affirms in part and reverses and remands in part the decision of the Commissioner.

The Court reviews the Commissioner's decision to determine if it is supported by substantial evidence and based upon proper legal standards. Crawford v. Comm'r of Soc. Sec., 363 F.3d 1155, 1158 (11th Cir. 2004). Substantial evidence is more than a

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

scintilla but less than a preponderance, and is such relevant evidence as a reasonable person would accept as adequate to support a conclusion. Moore v. Barnhart, 405 F.3d 1208, 1211 (11th Cir. 2005); Crawford, 363 F.3d at 1158. Even if the evidence preponderates against the Commissioner's findings, the Court must affirm if the decision reached is supported by substantial evidence. Crawford, 363 F.3d at 1158-59. The Court does not decide facts anew, make credibility judgments, reweigh the evidence, or substitute its judgment for that of the Commissioner. Moore, 405 F.3d at 1211; Dyer v. Barnhart, 395 F.3d 1206, 1210 (11th Cir. 2005). The magistrate judge, district judge and appellate judges all apply the same legal standards to the review of the Commissioner's decision. Dyer, 395 F.3d at 1210; Shinn v. Comm'r of Soc. Sec., 391 F.3d 1276, 1282 (11th Cir. 2004); Phillips v. Barnhart, 357 F.3d 1232, 1240 n.8 (11th Cir. 2004).

The Report and Recommendation found that the decision of the Commissioner should be reversed and the matter be remanded to the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g) for the sole issue of having the Commissioner develop the record and set forth factual findings as to the demands of Plaintiff's past relevant work as a clerical worker and Plaintiff's ability to perform her past relevant work with the limitations found by the ALJ in his decision. If necessary, the Commission may proceed to Step 5 of the sequential evaluation process and obtain the assistance of a vocational expert. In all other respects, the Report and Recommendation found that the decision of the Commissioner should be Affirmed. After a review of the record, this Court agrees.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. # 21) is **accepted and adopted** and incorporated into this Order.

2. The decision of the Commissioner of Social Security is **REVERSED and REMANDED in part** pursuant to 42 U.S.C. § 405(g) for the sole issue of having the Commissioner develop the record and set forth factual findings as to the demands of Plaintiff's past relevant work as a clerical worker and Plaintiff's ability to perform her past relevant work with her limitations as found by the ALJ in his decision.  If necessary, the Commission may proceed to Step 5 of the sequential evaluation process and obtain the assistance of a vocational expert.

3. In all other respects, the decision of the Commissioner of Social Security is **AFFIRMED**.

**DONE** and **ORDERED** in Fort Myers, Florida this 6th day of September, 2013.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record